DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAISY T. MORALES** and **JOSE A. MORALES,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D16-2174

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 50-2010-CA-015595XXXXMB-AW.

Thomas Erskine Ice of Ice Appellate, Royal Palm Beach, for appellants.

David A. Greene and W Mason of Fox Rothschild LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***